IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| TAMIKA SMITH, ) | |
| ) | |
| PLAINTIFF, ) | CASE NO. CV 123-038 |
| ) | |
| V. ) | |
| ) | |
| PIEDMONT AUGUSTA, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

**DEFENDANT'S DISCLOSURE STATEMENT OF PARTIES AND INTERVENORS**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, I hereby certify:

1) I am counsel for the following parties and intervenors:

| NAME | PARTY DESIGNATION |
|---|---|
| **University Health Services, Inc. d/b/a Piedmont Augusta Hospital[1]** | **Defendant** |
| | |
| | |
| | |
| | |

2) This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

| NAME | TITLE |
|---|---|
| **Eugene F. McManus** | **Chairman, Piedmont Augusta Hospital Board Executive Committee** |
| **Daniel H. Boone, M.D.** | **Piedmont Augusta Hospital Board Executive Committee** |

---

[1] Defendant has been improperly named in this action. The proper legal entity is University Health Services, Inc. d/b/a Piedmont Augusta Hospital. Plaintiff was formerly employed by University Health Services, Inc. d/b/a Piedmont Augusta Hospital and/or one of its subsidiaries. For purposes Defendant's Disclosure Statement of Parties and Intervenors, Defendant answers by assuming "Defendant" refers to the proper legal entity and not "Piedmont Augusta."

1

| Atoya Jones | Recording Secretary, Piedmont Augusta Hospital Board Executive Committee |
| --- | --- |
| William P. Doupé | Piedmont Augusta Hospital Board Executive Committee |
| Hugh L. Hamilton | Piedmont Augusta Hospital Board Executive Committee |
| Levi W. Hill, IV | Piedmont Augusta Hospital Board Executive Committee |
| Lily J. Henson, MD (CEO) | Piedmont Augusta Hospital Board Executive Committee |
|  |  |
| Hugh L. Hamilton | Chairman, Piedmont Augusta Hospital Board of Directors |
| Eugene F. McManus | Vice Chairman, Piedmont Augusta Hospital Board of Directors |
| Atoya Jones | Assistant Secretary, Piedmont Augusta Hospital Board of Directors |
| Daniel H. Boone, M.D. | Piedmont Augusta Hospital Board of Directors |
| William P. Doupé | Piedmont Augusta Hospital Board of Directors |
| Terry D. Elam | Piedmont Augusta Hospital Board of Directors |
| Levi W. Hill, IV | Piedmont Augusta Hospital Board of Directors |
| Sanford Loyd | Piedmont Augusta Hospital Board of Directors |
| James C. Sherman, M.D. | Piedmont Augusta Hospital Board of Directors |
| Becky Smith | Piedmont Augusta Hospital Board of Directors |
| Edward Tarver | Piedmont Augusta Hospital Board of Directors |
| Charlie Brown, MD (EO) | Piedmont Augusta Hospital Board of Directors |
| Kevin Brown (EO) | Piedmont Augusta Hospital Board of Directors |
| Lily J. Henson, MD (CEO) | Piedmont Augusta Hospital Board of Directors |
| David Belkoski | Chief Financial Officer |

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the

2

outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

| NAME | TITLE/RELATIONSHIP |
|---|---|
| **Tamika Smith** | **Plaintiff** |
| **Piedmont Healthcare, Inc.** | **Defendant University Health Services, Inc. d/b/a Piedmont Augusta Hospital Corporate Parent** |
| | |
| | |
| | |

4) **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.** This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

| NAME | RELATIONSHIP | CITIZENSHIP |
|---|---|---|
| **None.** | | |
| | | |
| | | |
| | | |
| | | |

Respectfully submitted this 12th day of April, 2023.

                    CONSTANGY, BROOKS, SMITH
                    & PROPHETE, LLP

                    /s/ W. Jonathan Martin II
                    W. JONATHAN MARTIN II
                    Georgia Bar No. 474590
                    PATRICIA-ANNE BROWNBACK
                    Georgia Bar No. 564294

577 Mulberry Street, Suite 710
P.O. Box 1975
Macon, GA 31202-1975
(478) 750-8600
jmartin@constangy.com
pbrownback@constangy.com

                    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed this **DEFENDANT'S DISCLOSURE STATEMENT OF PARTIES AND INTERVENORS** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing and I hereby certify that I have sent the foregoing via U.S. Mail to the following:

Tamika Smith
214 Missy Lane
Aiken, SC 29801

                                                     CONSTANGY, BROOKS, SMITH
                                                     & PROPHETE, LLP

                                                     /s/ W. Jonathan Martin II
                                                   W. JONATHAN MARTIN II
                                                   Georgia Bar No. 474590

577 Mulberry Street, Suite 710
P.O. Box 1975
Macon, GA 31202-1975
(478) 750-8600
jmartin@constangy.com