IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| TAMIKA SMITH, | ) | |
| | ) | |
| PLAINTIFF, | ) | CASE NO. 1:23-cv-00038-JRH-BKE |
| | ) | |
| V. | ) | |
| | ) | |
| PIEDMONT AUGUSTA, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant University Health Services, Inc., d/b/a Piedmont Augusta Hospital[1]
(hereafter "Defendant"), pursuant to Rules 8(a), 10(b), and 12(b)(6) of the Federal Rules of Civil
Procedure, respectfully moves this Court to dismiss the Complaint of Tamika Smith ("Plaintiff")
(Doc. 1-1). For the reasons more fully discussed in the filed memorandum of law in support,
Defendant respectfully requests that this Honorable Court dismiss Plaintiff's Complaint because
she has failed to exhaust her administrative remedies under Title VII and the ADEA; she failed to
bring her ADA suit in the time limit allowed; and on its face, her Complaint does not meet the
minimum standard pleading requirements.

---

[1] Defendant has been improperly named in this action. The proper legal entity is University Health
Services, Inc. d/b/a Piedmont Augusta Hospital. Plaintiff was formerly employed by University
Health Services, Inc. d/b/a Piedmont Augusta Hospital and/or one of its subsidiaries. For purposes
of this Motion to Dismiss, Defendant answers by assuming "Defendant" refers to the proper legal
entity and not "Piedmont Augusta."

This 19th day of April, 2023.

CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP

/s/ W. Jonathan Martin II
W. JONATHAN MARTIN II
Georgia Bar No. 474590
PATRICIA-ANNE BROWNBACK
Georgia Bar No. 564294

577 Mulberry Street, Suite 710
P.O. Box 1975
Macon, GA 31202-1975
(478) 750-8600
jmartin@constangy.com
pbrownback@constangy.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **DEFENDANT'S**

**MOTION TO DISMISS PLAINTIFF'S COMPLAINT** using the CM/ECF filing system and

served a true copy of the foregoing via U.S. Mail to the following:

Tamika Smith
214 Missy Lane
Aiken, SC 29801

This 19th day of April, 2023.

CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP

/s/ W. Jonathan Martin II
W. JONATHAN MARTIN II
Georgia Bar No. 474590

577 Mulberry Street, Suite 710
P.O. Box 1975
Macon, GA 31202-1975
(478) 750-8600
jmartin@constangy.com