IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| TAMIKA SMITH, | ) | |
| | ) | |
| PLAINTIFF, | ) | CASE NO. 1:23-cv-00038-JRH-BKE |
| | ) | |
| V. | ) | |
| | ) | |
| PIEDMONT AUGUSTA, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

## CONSENT MOTION TO AMEND COMPLAINT

COMES NOW Plaintiff Tamika Smith, with consent of Defendant, pursuant to Fed. R. Civ. P. 15(a)(2), and moves this Court to permit her to file the attached First Amended Complaint in this matter.

Defendant consents to allow Plaintiff to amend her Complaint in lieu of a response to Defendant's Motion to Dismiss. (Doc. 5). By consenting to this Motion, Defendant does not waive its defenses to Plaintiff's cause of action and specifically retains the right to reassert its Motion to Dismiss in whole or in part.

This Motion is not made for the purpose of delay and granting said Motion will not prejudice any party to this action.

A proposed Order is attached for the Court's convenience.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion permitting Plaintiff to file the attached First Amended Complaint.

*** SIGNATURE ON FOLLOWING PAGE ***

Respectfully submitted this 2nd day of June, 2023.

s/ John P. Batson
John P. Batson
Ga. Bar No. 042150

Physical address:
1104 Milledge Road
Augusta, GA 30904
Phone  706-737-4040
jpbatson@aol.com

Attorney for Plaintiff

Consented to by:

/s/ W. Jonathan Martin II
W. JONATHAN MARTIN II
Georgia Bar No. 474590
PATRICIA-ANNE BROWNBACK
Georgia Bar No. 564294

CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP
577 Mulberry Street, Suite 710
P.O. Box 1975
Macon, GA 31202-1975
(478) 750-8600
jmartin@constangy.com
pbrownback@constangy.com

## **CERTIFICATE OF SERVICE**

This is to certify that the undersigned attorney did this date serve a copy of the within and foregoing:

CONSENT MOTION TO AMEND COMPLAINT

upon all counsel of record by one or more of the following method(s):

☒  E-mailing a copy of the same through the court's e-mailing system

W. Jonathan Martin II
jmartin@constangy.com
Patricia-Anne Brownback
pbrownback@constangy.com
Attorneys for Defendant

Respectfully submitted this 2nd day of June, 2023.

/s/ John P. Batson
John P. Batson
Ga. Bar No. 042150
Attorney for Plaintiff
jpbatson@aol.com

1104 Milledge Road
Augusta, GA 30904
Phone  706-737-4040
jpbatson@aol.com