# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| TAMIKA SMITH, ) | |
| ) | |
| PLAINTIFF, ) | CASE NO. 1:23-cv-00038-JRH-BKE |
| ) | |
| V. ) | |
| ) | |
| PIEDMONT AUGUSTA, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

## PROPOSED ORDER

Having received and considered the foregoing CONSENT MOTION TO AMEND COMPLAINT, and for good cause shown, the Court hereby GRANTS the Motion.

Plaintiff is hereby Ordered to file her First Amended Complaint withing seven (7) days of this Order.

IT IS SO ORDERED, this ____ day of June, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

PREPARED BY:

John P. Batson
Ga. Bar No. 042150
Physical address:
1104 Milledge Road
Augusta, GA 30904
Phone  706-737-4040
jpbatson@aol.com
Attorney for Plaintiff

Consented to by:

/s/ W. Jonathan Martin II
W. JONATHAN MARTIN II
Georgia Bar No. 474590
PATRICIA-ANNE BROWNBACK
Georgia Bar No. 564294

CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP
577 Mulberry Street, Suite 710
P.O. Box 1975
Macon, GA 31202-1975
(478) 750-8600
jmartin@constangy.com
pbrownback@constangy.com