# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **1:23cv038**

DATE **June 18, 2024**

TITLE **Tamika Smith v Piedmont Augusta**

TIMES **5 hours 30 minutes**

Honorable: **Brian K. Epps, United States Magistrate Judge**

Courtroom Deputy: **Courtnay Capps**

Court Reporter: **FTR**

| Plaintiff | Defendant |
|---|---|
| **Attorney Jack Batson**<br>**Tamika Smith** | **Attorney Jonathan Martin**<br>**Attorney Alicia Starkman**<br>**Jamelle Wells** |

PROCEEDINGS: **Mediation - Augusta, Georgia**

☐ In Court
☑ In Chambers

NOTES:

Mediation held. Case settled. Dismissal expected to be filed within 60 days.